Entered: October 5th, 2020
Signed: October 2nd, 2020
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: <br><br> Melvin Alan Truesdale, Sr. <br><br> *Debtor* | Case No.: 19-15946-DER <br><br> Chapter 13 |
| Melvin Alan Truesdale, Sr. <br><br> *Plaintiff* <br> v. <br><br> Shauntese Curry Trye, et al. <br><br> *Defendants* | Adversary No.: 20-00085 |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO SHAUNTESE CURRY TRYE

**UPON CONSIDERATION** of the Plaintiff, Melvin Alan Truesdale, Sr.'s Motion to Compel For Summary Judgment as to Shauntese Curry Trye (the "Motion") and any response thereto, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that judgment is entered against Shauntese Curry Trye in the following amounts:

(1) Compensatory damages of $4,270.38;

(2) Punitive damages of $20,000;

and it is further

**ORDERED** that counsel shall file a Motion for Attorney's fees within the time frame prescribed by Local Rule 7054-2.

**END OF ORDER**

cc: Debtor
 Debtor's Counsel
 Shauntese Curry Trye
 Stephen A. Drazin, Esq.
 Chapter 13 Trustee
 U.S. Trustee